JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

RICHARD SCUDDER,

Plaintiff,

vs.

SOUTHWEST CREDIT SYSTEMS, L.P. et al.

Defendants.

Case No.: 2:26-cv-05332-AB-SSC

**ORDER DISMISSING CIVIL ACTION**

In accordance with the Court's orders dismissing Defendants Transunion, LLC (Dkt. 21), Equifax Information Services, LLC (Dkt. 29), and Southwest Credit Systems, L.P. (Dkt. 32), all Defendants in this action have been dismissed. As a result, this action is hereby TERMINATED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 17, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE